AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| | ) |
| USA v. 25-104-05 | ) |
| | ) |

Case No. 5:25-mj- 157

**REDACTED**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of _____South Dakota_____ *(identify the person or describe property to be searched and give its location):*

> See Attachment A, which is attached to and incorporated in this Application and Affidavit.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

> Evidence of Receipt of Child Pornography and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(a)(5)(B).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § _2252A(a)(2)(A)_, and 2252(a)(5)(B),

, and the application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Savannah Peterson, BIA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _6-16-25_

_____
*Judge's signature*

City and state: _____Rapid City, SD_____

Daneta Wollmann, United States Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>USA v. 25-104-05 | 5:25-mj-157<br><br>**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION**<br><br>**REDACTED** |

I, Savannah Peterson, a Special Agent (SA) with Bureau of Indian Affairs Missing and Murdered Unit (BIA), assigned to the office in Rapid City, South Dakota, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent (SA) with Bureau of Indian Affairs Missing and Murdered Unit (BIA) assigned to the office in Rapid City, South Dakota. I have a Bachelor of Science degree in Criminal Justice from United Tribes Technical College in Bismarck, ND. I also hold an associate degree in Small Business Management. I started my career in law enforcement with the Bureau of Indian Affairs on the Standing Rock Indian Reservation serving as a correctional officer for approximately 3 years. Two of those years I served as a Lead Correctional Officer. As a Special Agent with BIA, I completed approximately 480 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). While at FLETC, I completed blocks of instruction and labs that have enabled me to identify potential sources of electronic evidence, including but not limited to computers, cell phones, and other digital storage media and to preserve and exploit such evidence. Additionally, I have consulted with law

enforcement officers and other professionals who specialize in identifying, collecting, and preserving electronic evidence. As a Special Agent, I am responsible for enforcing federal criminal statutes, including crimes involving the possession, receipt, and distribution of images of child sexual abuse material. In 2023, I became a member of the South Dakota Internet Crimes Against Children Task Force. Prior to beginning employment with BIA in April 2022, I was a Federal Probation Officer with the District of South Dakota from 2016-2022. During my time as a federal probation officer, I supervised a post-conviction caseload supervising individuals who were sentenced to supervision after their custody sentence was served.

2. I have investigated and assisted in the investigation of cases involving the production, possession, receipt, and distribution of child sexual abuse material (child pornography) in violation of federal law, to include 18 U.S.C. §§ 2251, 2252 and 2252A. During my law enforcement career, I have become familiar with the *modus operandi* of persons involved in the illegal production, distribution, and possession of child pornography and those who engage in exploitation of minors using the internet. Based on my experience and training, I am knowledgeable of the various means utilized by individuals who illegally produce, distribute, receive, and possess child pornography.

3. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge; my review of documents and records related to this investigation; communications with

2

others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. This affidavit contains information necessary to support probable cause for this application and does not contain every material fact that I have learned during the course of this investigation. No information known to me that would tend to negate probable cause has been withheld from this affidavit.

### ITEMS TO BE SEARCHED FOR AND SEIZED:



5.    The warrant is being obtained in order to search for contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2251, 2252, and 2252A.

### JURISDICTION

6.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3).

### DEFINITIONS



3













## INFORMATION REGARDING ELECTRONIC SERVICE PROVIDERS, THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN (NCMEC), AND CYBERTIPS

7.    I know that Electronic Service Providers (ESPs) report potential child sexual abuse material (CSAM) they find on their servers to the National Center for Missing and Exploited Children (NCMEC).

8.    NCMEC is a non-profit 501(c)(3) corporation whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization.    NCMEC works with families, victims, private industry, law enforcement, and the public to assist with preventing child abductions, recovering missing children, and providing services to deter and combat child sexual exploitation.





[redacted]

PROBABLE CAUSE AND BACKGROUND OF THE INVESTIGATION

[redacted]





## LIMIT ON SCOPE OF SEARCH

24.    I submit that if during the search, agents find evidence of crimes not set forth in this affidavit, another agent or I will seek a separate warrant.

## CONCLUSION

25.    Based on the information above and my training and experience, I respectfully submit there is probable cause to conclude that the

did commit a violation of 18 U.S.C. §§ 2251, 2252, or

14

2252A.  Furthermore, I submit there is probable cause to search the property and persons described in Attachment A for contraband, evidence, fruits, and instrumentalities of those offenses.

26.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Dated: __DU|16|25__

_____
Special Agent Savannah Peterson
Bureau of Indian Affairs


Sworn to before me and:
☑ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

    this __16__ day of June, 2025.

_____
Daneta Wollmann
United States Magistrate Judge

15

**SEALED**

**ATTACHMENT A**

**Property to Be Searched**



AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USA v. 25-104-05 | )<br>)<br>)<br>)<br>)<br>) |

Case No. 5:25-mj-157

**REDACTED**

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____South Dakota_____
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of Receipt of Child Pornography and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(a)(5)(B).

**YOU ARE COMMANDED** to execute this warrant on or before     *6-30-25*     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    *6-16-25  11:15am*    _____
*Judge's signature*

City and state:    Rapid City, South Dakota    Daneta Wollmann, United State Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return - REDACTED | | |
|---|---|---|
| Case No.:<br><br>5:25-mj-157 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                           _____
                                             *Executing officer's signature*

                                           _____
                                             *Printed name and title*