UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>USA v. 25-104-05 | Case No. 5:25-mj-157<br><br>MOTION FOR NONDISCLOSURE ORDER<br><br>**REDACTED** |

The United States respectfully applies for an order of nondisclosure to X Corp under 18 U.S.C. § 2705(b) regarding the X Corp accounts ("X", formerly known as Twitter) users and/or accounts that are stored at premises owned, maintained, controlled, or operated by X Corp, a company headquartered in Bastrop, Texas.

The basis for the request is that such disclosure could cause any person with access to the account, or any related account or account information, to tamper with or modify the content or account information and thereby destroy or tamper with evidence and otherwise seriously jeopardize the investigation.

Dated this *16th* day of June, 2025.

ALISON J. RAMSDELL
United States Attorney

Heather Knox
Assistant U.S. Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
Email: Heather.Knox@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:

USA v. 25-104-05

Case No. 5:25-mj-157

ORDER FOR NONDISCLOSURE

**REDACTED**

The United States, having moved the Court for a nondisclosure order, and sufficient cause for delayed notification having been established by the Affidavit in Support of an Application for a Search Warrant, the Court finds that immediate notification to the subscriber of the existence of the search warrant may have an adverse result listed in 18 U.S.C. § 2705(b), it is hereby:

ORDERED that X Corp ("X", formerly known as Twitter) shall not notify any other person, including any person with access to the accounts of X Corp that are stored at premises owned, maintained, controlled, or operated by X Corp, a company headquartered in Bastrop, Texas.

[REDACTED]

of the existence of the previously served search warrant for 180 days, or by further order of the Court.

Dated this __16__ day of June, 2025.

BY THE COURT:

_____
Daneta Wollmann
United States Magistrate Judge