UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>USA v. 25-104-05 | 25- 5:25-mj-157<br>**REDACTED**<br>MOTION TO SEAL |

Comes now the United States of America, by and through Assistant United States Attorney Heather Knox, and respectfully requests the Court issue an order permanently sealing any documents filed in this matter that are designated as sealed in the caption, including the affidavit, attachment, search warrant, application for search warrant, and return, as well as the motion to seal and order to seal, and two motions for nondisclosure and orders of nondisclosure, and that all documents designated redacted in the caption shall not be sealed. The movant seeks to permanently seal the unredacted documents due to the fact that they contain sensitive law enforcement techniques.

Dated this _16th_ day of June, 2025.

ALISON J. RAMSDELL
United States Attorney
By:

*Heather Knox*
HEATHER KNOX
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
Telephone: 605-342-7822
Email: Heather.Knox@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

In the Matter of the Search of:

USA v. 25-104-05

25- 5:25-mj-157
**REDACTED**
ORDER TO SEAL

The United States having moved this Court for an order permanently sealing all documents filed in this matter that are designated as sealed in the caption, and not sealing documents designated as redacted, and good cause having been shown therefor, it is hereby

ORDERED:

1. That all documents filed in this matter that are designated as sealed in the caption, including the affidavit, attachment, search warrant, application for search warrant, and return, as well as the motion to seal and order to seal, and two motions for nondisclosure and orders of nondisclosure, shall be permanently sealed.

2. That all documents filed in this matter designated redacted in the caption shall not be sealed.

Dated: 6-16, 2025.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE